# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00144-CV

### G. C., Sr., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY,
## NO. C-09-0016-CPS, THE HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant G. C., Sr. filed his notice of appeal on February 25, 2013. The appellate record was complete April 1, 2013, making appellant's brief due April 22, 2013. To date, appellant's brief has not been filed.

Recent amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief no later than May 10, 2013. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on April 25, 2013.

Before Chief Justice Jones, Justices Goodwin and Field